**IN THE UNITED STATES DISTRICT COURT FOR**
**THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **vs.** | : | **CASE NO. 5:26-CR-00053** |
| | : | |
| **KEON RELEFORD,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## ORDER TO UNSEAL

The Court having read the Motion to Unseal in this matter, and it appearing to the Court that the case should be unsealed,

IT IS ORDERED that the case by unsealed in its entirety.

SO ORDERED this 29th day of October, 2026.

**CHARLES H. WEIGLE**
UNITED STATES MAGISTRATE JUDGE